determination, it is unnecessary to reach plaintiffs' alternative contention. (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Summary Judgment.) Present—Pine, J. P., Hurlbutt, Scudder and Lawton, JJ.

■ GRACE JORDAN, Individually and as Limited Administratrix of the Estate of NABIL M. IBRAHEM, Deceased, Appellant, v LEHIGH CONSTRUCTION GROUP, INC., et al., Defendants, and ATI SERVICES, INC., Respondent. (Appeal No. 2.) [702 NYS2d 735] —Order unanimously affirmed without costs. Memorandum: ATI Services, Inc. (defendant) contracted with FMC Corporation, Peroxygen Chemicals Division (FMC), to inspect, test and repair or replace the smoke and fire alarm systems. Plaintiff's decedent suffered fatal injuries at the Tonawanda plant of FMC, his employer, when he broke out a second-story window and jumped or fell to his death after seeing smoke in the hallway. Plaintiff commenced this action alleging, *inter alia*, that defendant was negligent with respect to its duty to repair or replace the smoke and fire alarm systems. Supreme Court properly granted the motion of defendant for summary judgment dismissing the complaint against it. Defendant met its initial burden by establishing as a matter of law that it had no duty to design, maintain or install the sprinkler system that failed to perform during the fire, and plaintiff failed to raise a triable issue of fact (*see generally, Zuckerman v City of New York,* 49 NY2d 557, 562). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present—Pine, J. P., Hurlbutt, Scudder and Lawton, JJ.

■ GRACE JORDAN, Individually and as Limited Administratrix of the Estate of NABIL M. IBRAHEM, Deceased, Appellant, v LEHIGH CONSTRUCTION GROUP, INC., et al., Defendants, and ATI SERVICES, INC., Respondent. (Appeal No. 3.) [703 NYS2d 417] ,—Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Reargument.) Present—Pine, J. P., Hurlbutt, Scudder and Lawton, JJ.

■ DONALD ESPOSITO et al., Appellants, v KPC SPORT, INC., Respondent. [703 NYS2d 409] —Order unanimously reversed on the law without costs, motion denied and complaint reinstated. Memorandum: Supreme Court erred in granting defendant's motion for summary judgment dismissing the complaint in this negligence action. Plaintiffs allege that Donald Esposito (plaintiff) was injured when he was caused to fall by a gap between a section of the bleachers at defendant's hockey rink. They allege that plaintiff did not see the gap because the light-